*case closed*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| CERTAIN LLOYDS UNDERWRITERS SUBSCRIBING TO POLICY NUMBER MC-13159, <br><br> Plaintiffs, <br><br> v. <br><br> BALDWIN DISTRIBUTION SERVICES, LTD., a corporation, <br><br> Defendants. | Case No. 2:11-cv-03625-ODW (FMOx) <br><br> [~~PROPOSED~~] JUDGMENT <br><br> Date:    November 21 , 2011 <br> Time:    1:30 p.m. <br> Place:   Courtroom 11 <br> Judge:  Hon. Otis D. Wright II |

This matter came on for cross-motions for summary judgment and summary adjudication on stipulated facts before the Honorable Otis D. Wright.  On December 2, 2011, the Court issued a certain Order granting plaintiffs' motion for summary judgment, and denying defendant BALDWIN DISTRIBUTION SERVICES, LTD., motion for summary adjudication on limitation of liability.

The Order further concluded that BALDWIN was liable for the "full actual loss incurred . . ."  Pursuant to the parties' Joint Stipulation, the full actual loss incurred was $218,224.78, reflecting the invoice value of the damaged goods, plus freight charges, and less the salvage value received.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs CERTAIN UNDERWRITERS AT LLOYDS SUBSCRIBING TO POLICY NUMBER MC-13159 recover from BALDWIN DISTRIBUTION SERVICES, LTD. the sum of $219,638.22, which includes pre-

judgment interest from the date of the loss of $1,063.44 (calculated at .33% per annum), and stipulated costs of $350.00.  Pursuant to 28 USC section 1961(a), this judgment shall accrue interest at the rate of .13% per annum, or $0.77 per day.

IT IS SO ORDERED.

Dated: December 27, 2011

OTIS D. WRIGHT

Hon. Otis D. Wright, II
Judge of the Central District Court